FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
HOLLY WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
hwalker@fisherphillips.com
Attorney for Defendant,
City of Las Vegas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SCALZI, an individual; | Case No. 2:17-cv-03001-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | **(First Request)** |
| CITY OF LAS VEGAS; | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED that Defendant will have an extension of time up to and including December 29, 2017 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein. Defense counsel has only recently been retained and needs additional time to review matters. This is the first

- 1 -

FPDOCS 33517338.1

request for an extension.

| | |
|---|---|
| FISHER & PHILLIPS | LAW OFFICE OF MARY CHAPMAN |
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Mary F. Chapman, Esq. |
| 300 S. Fourth Street | Law Office of Mary F. Chapman, Ltd. |
| Suite 1500 | 8440 W. Lake Mead Blvd. |
| Las Vegas. NV 89101 | Suite 303 |
| Attorney for Defendant | Las Vegas, NV 89128 |
| | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                    Magistrate

Dated:_____

12-8-2017

FPDOCS 33517338.1